IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-03149-TPO

G.M.P.,

    Plaintiff,

v.

FRANK J. BISIGNANO, Commissioner, Social Security Administration,

    Defendant.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on September 29, 2025, by the Honorable Timothy P. O'Hara, United States Magistrate Judge, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that the final decision of the Commissioner of Social Security is AFFIRMED. It is further

    ORDERED that judgment is hereby entered in favor of Defendant, Commissioner, Social Security Administration, and against Plaintiff, G.M.P.

DATED at Denver, Colorado this 29th day of September, 2025.

                                              FOR THE COURT:

                                              JEFFREY P. COLWELL, CLERK

                                              s/ Jesse Torres
                                              Deputy Clerk